UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD R. MILLER,

    Plaintiff,

vs.                                              Case No. 8:09-CV-1898-T-27AEP

SUPPORT COLLECTION UNIT
WESTCHESTER COUNTY, et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 53). No party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. 53) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Defendants Dane Miller, John Bosco, and Merrily Miller's motions to dismiss (Dkts. 15, 19, 23) are **GRANTED**, and Plaintiffs' claims against Defendants Dane Miller, John Bosco, and Merrily Miller are **DISMISSED WITHOUT PREJUDICE**.

3) Defendants Dane Miller and John Bosco's Motions for Judgment (Dkts. 44, 45) are **DENIED** as moot.

1

4) Plaintiff's Motions for Judgment (Dkts. 24, 26, 29) are **DENIED**.

5) Plaintiff's Motion for Default Judgment against Defendant Support Collection Unit, Westchester County (Dkt. 47) is **DENIED** as moot.

6) Defendant Social Security Administration's Motion to Dismiss (Dkt. 40) is **GRANTED**. Plaintiffs' claims against the Social Security Administration are **DISMISSED** for lack of subject matter jurisdiction.

7) Plaintiff's claims against Defendant Support Collection Unit, Westchester County are **DISMISSED WITHOUT PREJUDICE**.[1]

8) On or before **March 26, 2010**, Plaintiff may file an amended complaint that corrects the deficiencies set forth in the Report and Recommendation and complies with Rule 8(a) of the Federal Rules of Civil Procedure and other applicable rules. Failure to file an amended complaint will result in dismissal of the action without further notice.

**DONE AND ORDERED** this 5th day of March, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Plaintiff
           *Pro se* parties
           Counsel of Record

---

[1] The Magistrate Judge relied on *American United Life Ins. Co. v. Martinez*, 480 F.3d 1043 (11th Cir. 2007), as authority for a *sua sponte* dismissal under Fed. R. Civ. P. 12(b)(6). As Plaintiff has been granted leave to proceed *in forma paurperis*, 28 U.S.C. § 1915(e) further supports the Magistrate Judge's recommendation. *See* 28 U.S.C. § 1915(e)(2) ("Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court *shall* dismiss the case at any time if the court determines that . . . (B) the action . . . (ii) fails to state a claim on which relief may be granted . . . .") (emphasis added).