UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD R. MILLER,

    Plaintiff,

vs.                                      Case No. 8:09-CV-1898-T-27AEP

SUPPORT COLLECTION UNIT
WESTCHESTER COUNTY, et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 59) recommending that Plaintiff's Motion to Proceed *in forma pauperis* on Appeal (Dkt. 58) be denied. Plaintiff has filed objections to the Report and Recommendation (Dkt. 60).

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Additionally, in his objections, Plaintiff argues the undersigned judge should recuse himself pursuant to 28 U.S.C. § 455(a) & (b)(1). However, Plaintiff states no facts from which "an objective, disinterested, lay observer fully informed of the facts underlying the grounds on which [Plaintiff's motion is based] would entertain significant doubt about the judge's impartiality." *Thomas v. Tenneco Packaging Co., Inc.*, 293 F.3d 1306, 1329 (11th Cir. 2002).

First, the Court's referring in a September 24, 2009 order (Dkt. 8) to two of Plaintiff's

1

motions by their designations as filed would not lead a reasonable person to doubt the Court's impartiality or to infer (as Plaintiff apparently does) that the Court was "making fun of" (Dkt. 60 at 1) Plaintiff's dyslexia.

Second, Plaintiff's contention that the Court failed to give Plaintiff enough time to respond to an earlier report and recommendation and to file an amended complaint appears to rest on a misunderstanding of the Federal Rules of Civil Procedure (namely, a mistaken belief that a party has twenty days to respond to a report and recommendation, *see* Dkt. 53 at 31; Fed. R. Civ. P. 72(b)(2); Local Rule 6.02(a), and that the Federal Rules permit five additional days for mailing papers to and from the Clerk, *see* Fed. R. Civ. 6(d)). Plaintiff failed to request an extension, and the Court's enforcement of deadlines imposed by the Rules or previous order would not lead a reasonable person to doubt the Court's impartiality.

Third, although the Court does not perfectly understand Plaintiff's contention that the Court has violated 28 U.S.C. § 455(b)(5)(ii)[1] by inconsistent rulings, the Court finds no inconsistency and no grounds for recusal in the argument. Plaintiff's belief that the Court's previous rulings were wrong supplies no independent basis for recusal. *See Liteky v. United States*, 510 U.S. 540, 555 (1994) ("[J]udicial rulings alone almost never constitute a valid basis for a bias or partiality motion"); *Byrne v. Nezhat*, 261 F.3d 1075, 1103 (11th Cir. 2001) ("[A]dverse rulings alone do not provide a party with a basis for holding that the court's impartiality is in doubt.").[2]

Accordingly, the Report and Recommendation (Dkt. 59) is adopted, confirmed, and approved

---

[1] Actually, Plaintiff cites 18 U.S.C. § 455(5)(ii). However, Title 18 of the U.S. Code does not contain a Section 455.

[2] To the extent Plaintiff requests recusal of Magistrate Judge Porcelli, although finding no grounds for recusal, the Court leaves it to Judge Porcelli to make his own determination.

2

in all respects and is made a part of this order for all purposes, including appellate review. The Court finds that Plaintiff's appeal is without arguable merit as a matter of law and therefore not taken in good faith.

Plaintiff's Motion to Proceed *in forma pauperis* on Appeal (Dkt. 58) is **DENIED**.

Pursuant to Fed. R. App. P. 24(a)(4), the Clerk is directed to notify the court of appeals of this order.

Plaintiff's construed motion (Dkt. 60) to disqualify the undersigned judge pursuant to 28 U.S.C. § 455 is **DENIED**.

Plaintiff's request (Dkt. 60 at 4) for reassignment of this case to Judge Moody and Magistrate Judge Pizzo is **DENIED**.

**DONE AND ORDERED** in chambers this 4th day of May, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Plaintiff; Counsel of Record